LARTIGUE & AL. vs. DUHAMEL'S EXECUTOR.

APPEAL from the court of probates of the parish and city of New-Orleans.

General expressions in a will are to be

MARTIN, J., delivered the opinion of the court. The plaintiffs complain of the judg-

ment of the court of probates, which did not allow to the wife the whole personal estate of the testatrix.

East'n. District.
*June*, 1826.

LARTIGUE&AL
*vs.*
DUHAMEL'S
EXECUTOR.

restrained by what precedes and follows them

So, a bequest of '\$1000, my moveable estate, plate & jewels" will not entitle the legatee to *all* the moveable or personal estate.

The legacy under which the claim arises, is in a will, in the French language, and the expressions used are, " la somme de \$1000, tout ce qui composera mon *mobilier*, bijoux et argenterie:" literally, a sum of \$1000, every thing that shall constitute my *moveable effects*, jewels and plate.

The judge restrained the word *mobilier* to household furniture. There is perhaps no expression in the English language that presents the meaning which the word *mobilier* has in the French language, than *moveable effects*.

Either, abstractedly taken, includes all the *personal* estate, as contra-distinguished from the *real;* the *moveable* from the *immoveable.* But, a testator's meaning must be taken from all what he has written; not from any single and detached word.

In the present case, it is impossible to conclude that the testatrix meant, under the expressions *mon mobilier*, to bequeath her money, jewels and plate; for she begins by bequeathing \$1000, then her jewels, then her plate.

LARTIGUE&AL
*vs.*
DUHAMEL'S
EXUCUTOR.

Were the words taken literally, the legatee would be entitled to all the personal estate, including money and debts, and a thousand dollars, to be raised out of the real.

The French language, under the word *mobilier*, includes something more than of *meubles meublans*, literally the household furniture; but our Code does not recognise any other distinction than that made by the court of probates; which we think correct. *Civil Code*, 464—472.

It is therefore ordered, adjudged, and decreed, that the judgment be affirmed, with costs.

*Trabuc* for the plaintiffs, *Moreau and Canonge* for the defendants.